# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LUIS M. NEGRON | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-cv-00169 |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 31st day of July, 2013, upon careful consideration of defendant's motion to dismiss (Doc. No. 5), and plaintiff's opposition thereto, it is hereby **ORDERED**:

1. Plaintiff's claim that defendant violated the Criminal History Record Information Act, 18 Pa. Cons. Stat. Ann. § 9125 (count II) is **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to file an amended complaint within fourteen days of the date hereof.

2. Plaintiff's wrongful discharge claim (count III) is **DISMISSED WITH PREJUDICE** by agreement of counsel.

 s/ William H. Yohn Jr.
William H. Yohn Jr., Judge