# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS M. NEGRON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-CV-00169 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 14th day of January 2014, upon careful consideration of the motion to dismiss filed by defendant, the School District of Philadelphia, (Doc. # 14), plaintiff's response and defendants reply, it is hereby **ORDERED** that the motion is **DENIED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge